THE HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

GAIL RYAN,

        Plaintiff,

v.

HAL ANTILLEN N.V., a Curacao corporation; HAL NEDERLAND N.V., a Curacao corporation; HOLLAND AMERICA LINE N.V. dba HOLLAND AMERICA LINE N.V. LLC, a Foreign corporation; HOLLAND AMERICA LINE N.V., a Curacao corporation; HOLLAND AMERICA LINE INC., a Washington Corporation; HOLLAND AMERICA LINE-USA INC., a Delaware corporation,

        Defendants.

No. 2:16-cv-01982-RSL

**STIPULATION AND ORDER OF DISMISSAL**

## **STIPULATION**

**COME NOW** Plaintiff Gail Ryan and Defendants HAL Antillen N.V., HAL Nederland N.V., Holland America Line N.V. dba Holland America Line N.V. LLC, Holland America Line N.V., Holland America Line Inc., and Holland America Line-USA Inc.,

STIPULATION AND ORDER OF DISMISSAL
No. 2:16-cv-01982– Page 1

NIELSEN✦SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

through their respective counsel, and stipulate to the entry of an Order of Dismissal of Plaintiff's Claims Against Defendants, in their entirety, with prejudice and without costs, for the reason that the named parties have reached final settlement in this matter.

DATED this 20th day of July 2017.

*s/Gordon Webb (via email authorization)*
Gordon Webb, WSBA #22777
Webb Law Firm
225 106th Avenue North East
Bellevue, WA 98004
Phone: 425-454-3800
Fax:    425-307-6446
gordon@webblawfirm.net
Attorney for Plaintiff

*s/Asia N. Wright*
ASIA N. WRIGHT, WSBA #40648
NIELSEN SHIELDS, PLLC
1000 2nd Ave., Suite 1950
Seattle, WA  98104
Phone: 206-728-1300
Fax:    206-728-1302
anw@nielsenshields.com
Attorney for Defendants

STIPULATION AND ORDER OF DISMISSAL
No. 2:16-cv-01982– Page 2

NIELSEN SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

## [PROPOSED] ORDER

Based upon the foregoing Stipulation, the referenced claims of Plaintiff's are hereby dismissed with prejudice, and without costs.

Dated this 28th day of July, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented By:

NIELSEN SHIELDS, PLLC

By *Asia N. Wright*
ASIA N. WRIGHT, WSBA #40648
NIELSEN SHIELDS, PLLC
1000 2nd Ave., Suite 1950
Seattle, WA 98104
Phone: 206.728.1300
Fax:    206.728.1302
Email: anw@nielsenshields.com
Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL
No. 2:16-cv-01982– Page 3

NIELSEN SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John W. Merriam, Esq.
Law Offices of John W. Merriam
4005 - 20th Avenue West, Suite 110
Seattle, WA 98199

Gordon Webb, Esq.
Webb Law Firm
225 106th Avenue North East
Bellevue, WA 98004

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*Sheila Baskins*
Legal Assistant
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
Telephone: 206-728-1300
Facsimile: 206-728-1302
smb@nielsenshields.com

STIPULATION AND ORDER OF DISMISSAL
No. 2:16-cv-01982– Page 4

NIELSEN ✦ SHIELDS
P L L C
1000 Second Avenue, Suite 1950
Seattle, Washington 98104
206.728.1300